PELLIGRINI & CASTLEBERRY *v.* CUNNINGHAM.

This being the first grant of a new trial, and nothing appearing to take it out of the general rule applicable in such cases, the
May 15, 1893.                    *Judgment is affirmed.*

Complaint on account. Before Judge WESTMORELAND. City court of Atlanta. June term, 1892.

J. A. ANDERSON, for plaintiff.

J. H. GILBERT, for defendant.